UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Collins

    v.                       Civil No. 09-cv-78-JD

University of New Hampshire, et al.

O R D E R

The Clerk shall reassign this case to another judge as I have, on this date, retained a member of the firm of Orr & Reno to represent me in a personal matter.

SO ORDERED.

                                    /s/ Joseph A. DiClerico, Jr.
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

Date:  May 6, 2009

cc:  Paul McEachern, Esquire
     Martha Van Oot, Esquire