```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John Collins

    v.                                      Civil No. 09-cv-78-LM

University of New Hampshire


## O R D E R

On today's date, a telephonic conference was held in this case. Paul McEachern, Esq., appeared for the plaintiff; Martha Van Oot, Esq., and John Arnold, II, Esq., appeared for the defendant.

As explained to counsel, the court needs more time to decide the pending motion for summary judgment (document no. 15) and would like to hear oral argument on that motion, and all other pending motions. The court is, therefore, going to reschedule the trial in this case.

Accordingly, and after consultation with counsel, the court issues the following scheduling order:

- the trial (currently scheduled for the two-week period beginning September 21, 2010) shall occur during the week of November 15, 2010, with jury selection scheduled for November 9, 2010.

- the final pretrial conference shall take place on November 1, 2010, at 2 p.m.;

- oral argument on all pending motions shall take place on September 21, 2010, at 1:30 p.m.

The final pretrial conference scheduled for tomorrow morning is cancelled.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

September 8, 2010

cc:  Paul McEachern, Esq.
     Martha Vann Oot, Esq.
     John L. Arnold, II, Esq.