```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

John Collins

    v.                                    Civil No. 09-cv-78-LM

University of New Hampshire


**O R D E R**


The twenty-one days to object to the assignment of this case to this magistrate judge passed without any parties having filed objections.  See Document No. 23 (copy of Adm-1, order 10-3, dated May 27, 2010).  Nevertheless, to have confirmation on the record of the parties' voluntary consent to the assignment of this case to the current magistrate judge, the court requests that the parties mail to the clerk of court on or before September 22, 2010, documentation confirming their consent.  This documentation should not be filed electronically, as it should be entered anonymously on the docket.  For the parties' convenience, a consent form is attached.  See 28 U.S.C. § 636(c) (the full and voluntary consent of the parties is required for a magistrate judge to exercise civil jurisdiction, and the parties

must understand that they "are free to withhold consent without adverse substantive consequences").

    SO ORDERED.

                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge

September 9, 2010

cc: Paul McEachern, Esq.
    Martha Van Oot, Esq.
    John L. Arnold, II, Esq.

UNITED STATES DISTRICT COURT
for the
District of New Hampshire

|  |  |
|---|---|
| *Plaintiff* |  |
| v. | Civil Action No. |
| *Defendant* |  |

**CONSENT TO MAGISTRATE JUDGE'S JURISDICTION OVER CIVIL ACTION**

A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.